RECEIVED IN
The Court of Appeals
Sixth District

MAR 27 2015

Texarkana, Texas
Debra Autrey, Clerk

# CASE NO. 2013-F-00107

| STATE OF TEXAS | § | DISTRICT COURT |
| | § | |
| VS. | § | 5TH JUDICIAL DISTRICT |
| | § | |
| MIKEL EUGENE HALL, JR. | § | CASS COUNTY, TEXAS |

FILED IN
The Court of Appeals
Sixth District

MAR 27 2015

Texarkana, Texas
Debra K. Autrey, Clerk

## NOTICE OF APPEAL

**TO THE HONORABLE JUDGE OF SAID COURT:**

Now comes MIKEL EUGENE HALL, JR., Defendant in the above styled and numbered cause, and gives this written notice of appeal to the Court of Appeals, Sixth Appellate District, Texarkana, Texas from the judgment of conviction and sentence herein rendered against MIKEL EUGENE HALL, JR..

Respectfully submitted,

LAW OFFICE OF EDWIN E. BUCKNER, JR.
P. O. Box 629
Linden, Texas 75563
(903) 756-8853

Attorney for MIKEL EUGENE HALL, JR.

_____
Edwin E. Buckner, Jr.
State Bar No. 03308700

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing pleading was served upon Mr. Randal Lee, Office of the District Attorney, P. O. Box 839, Linden, Texas 75563 by United States mail, postage prepaid, on this the _2_ day of March, 2015.

_____
Edwin E. Buckner, Jr.